IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

NICHOLAS ALEXANDER ROSS                                          PETITIONER
Reg #32813-045

V.                            Case No. 2:23-CV-00176-BBM

CHAD GARRETT, Warden,                                            RESPONDENT
FCC-Forrest City

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Petitioner Nicholas Alexander Ross's Petition for Writ of Habeas Corpus, (Doc. 1-1), is DISMISSED without prejudice.

DATED this 22nd day of January, 2025.

*Benecia Moore*
UNITED STATES MAGISTRATE JUDGE